**SEALED**

**FILED**

FEB - 9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Facsimile: (16) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Case No. 2:17-CR-0029 JAM
11 |         Plaintiff,               )
12 |     v.                           ) ORDER TO SEAL
13 | ALLEN HEIN                       ) (UNDER SEAL)
14 |         Defendant.               )
15 |                                  )

16

17     The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney

18 Jeremy J. Kelley to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until

19 the arrest of the defendant or until further order of the Court.

20
21     Dated: Feb. 9, 2017            _____
                                      DEBORAH L. BARNES
22                                    United States Magistrate Judge

23

Order to Seal Indictment