**FILED**
February 15, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:17CR00029-JAM
            Plaintiff,              )
                                    )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
ALLEN HEIN,                         )
                                    )
            Defendant.              )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALLEN HEIN , Case No.  2:17CR00029-JAM , Charge  18USC § 2115; 18USC § 1344 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of $_____

        __   Unsecured Appearance Bond $_____

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 15, 2017  at  2:00 pm .

                            By  /s/ Allison Claire/s/ Allison Claire
                                Allison Claire
                                United States Magistrate Judge

Copy 2 - Court