PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLEN HEIN,<br><br>  Defendant. | CASE NO. 2:17-CR-00029-JAM<br><br>STIPULATION AND [PROPOSED] PROTECTIVE ORDER<br><br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jeremy J. Kelley, and defendant Allen Hein, by and through his counsel of record, Benjamin D. Galloway, hereby stipulate as follows:

1. The discovery in this case is several hundred pages, and contains personal information including, but not limited to, social security numbers, dates of birth, telephone numbers, and email addresses (hereinafter "Protected Information").

2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter. It is possible, given the nature of the evidence, that there may be Protected Information that is inadvertently omitted during the redaction process.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and the Court's general supervisory authority.

STIPULATION AND [PROPOSED]
PROTECTIVE ORDER

1

4. The Protective Order applies to all discovery containing Protected Information, including discovery that may be forthcoming. Discovery that does not contain Protected Information is not subject to the Protective Order.

5. Defense counsel shall not give documents that contain Protected Information (or copies of such documents) to any person other than counsel's staff, investigator(s), or retained expert(s) (hereinafter "Defense Team"). The terms "staff," "investigator," and "expert" shall not be construed to describe the defendant, or other person not: (1) regularly employed by counsel, or (2) licensed as an investigator, or (3) retained as an expert. The Defense Team shall not provide to any person copies or documents unless Protected Information has been redacted.

6. The defendant may review the Protected Information and be aware of its contents, but neither defense counsel nor the Defense Team shall provide copies of Protected Information to the defendant or allow the defendant to copy documents contacting Protected Information. Counsel may provide the defendant with copies of documents from which Protected Information has been redacted.

7. Social security numbers, birth dates, and residential addresses made in all public filings shall be made pursuant to Federal Rule of Criminal Procedure 49.1.

8. Nothing in this stipulation will be construed to prevent defense counsel, and the Defense Team a reasonable opportunity to prepare.

9. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to withhold documents containing Protected Information from new counsel unless and until substituted counsel agrees also to be bound by this order.

///
///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] PROTECTIVE ORDER

2

IT IS SO STIPULATED.

Dated: February 16, 2017					PHILLIP A. TALBERT
								United States Attorney

						By:	/s/ Jeremy J. Kelley
							JEREMY J. KELLEY
							Assistant U.S. Attorney


Dated: February 16, 2017			By:	/s/ Benjamin D. Galloway
							BENJAMIN D. GALLOWAY
							Counsel for Allen Hein


[~~PROPOSED~~] ORDER

For good cause shown, the stipulation of counsel in criminal case no. 2:17-CR-00029-JAM is approved and so ordered

DATED: February 17, 2017

							ALLISON CLAIRE
							UNITED STATES MAGISTRATE JUDGE