1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | LINDA C. ALLISON, #179741
Assistant Federal Defender
3 | Designated Counsel for Service
801 "I" Street, 3rd Floor
4 | Sacramento, CA 95814
Linda.allison@fd.org
5 |
Attorney for Defendant
6 | ALLEN HEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:17-CR-0029-JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) DATE: April 25, 2017 |
| ALLEN HEIN, | ) TIME: 9:15 a.m. |
| | ) JUDGE: Hon. John A. Mendez |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney JEREMY KELLY and Chief Assistant Federal Defender LINDA C. ALLISON, attorney for ALLEN HEIN, that the status conference hearing set for March 28, 2017 be vacated and reset for April 25, 2017 at 9:15 a.m.

The reason for this continuance is that the defendant is currently residing at Well Space and had to go to the ER last night. He is currently back at the residential program and resting. The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendants in a speedy trial, counsel needs additional time to review and discuss the discovery with her client, to conduct a further investigation and discuss plea negotiations with the government.

The parties further stipulate and agree to exclude time from the date of this stipulation March 28, 2017 to April 25, 2017 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: March 27, 2017	Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Chief Assistant Federal Defender
Attorney for Defendant
ALLEN HEIN

Dated: March 27, 2017	PHILLIP A. TALBERT
United States Attorney

*/s/ Linda C. Harter for*
JEREMY KELLY
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the status conference hearing set for March 28, 2017 at 9:15 a.m. be vacated and a status conference be set for April 25, 2017 at 9:15 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though April 25, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  March 27, 2017	/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge