PHILLIP A. TALBERT
Acting United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00029-JAM |
|---|---|
| Plaintiff, | ORDER FOR FINAL JUDGMENT OF FORFEITURE OF BOND |
| v. | |
| ALLEN HEIN, | |
| Defendant. | |

Having previously found the defendant, Allen Hein, violated a condition of his release by failing to appear for a scheduled court proceeding on June 20, 2017, and having ordered upon the government's motion the forfeiture of the bond signed by the defendant,

IT IS HEREBY ORDERED pursuant to Federal Rule of Criminal Procedure 46(f)(3)(A) that a default judgment is entered against the defendant, Allen Hein, in the amount of $50,000.00.

The U.S. Attorney shall take all necessary steps to recover from the defendant the sum of $50,000.00, plus interest from the date of entry of the judgment at the current legal note until paid, plus costs of the Court.

Dated: July 11, 2017

_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge

[PROPOSED] ORDER FOR FINAL JUDGMENT OF FORFEITURE OF BOND

1