McGREGOR W. SCOTT
United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLEN HEIN,<br><br>  Defendant. | CASE NO. 2:17-CR-00029-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 26, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 26, 2021.

2. By this stipulation, defendant now moves exclude time between January 26, 2021, and June 26, 2022, under Local Code L.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have entered into a written agreement, attached hereto as Exhibit A, for the purpose of allowing the defendant to demonstrate his good conduct.

   b) The United States Pre-Trial Services Officer has provided proposed amended special conditions of release, attached hereto as Exhibit B.

   c) The parties ask that the defendant be released on his own recognizance, subject to

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

the deferred prosecution agreement and conditions of release as set forth in Exhibit A and Exhibit B, respectively.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 26, 2021 to June 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(2) [Local Code L] because it results from a continuance granted by the Court at defendant's request pursuant to a written agreement for the purpose of allowing the defendant to demonstrate his good conduct.

        f)      The defendant has consulted with his counsel regarding the deferred prosecution agreement. Obtaining an actual signature from the defendant, who is incarcerated at the Sacramento County Main Jail, would be both impracticable and imprudent in light of safety measures in place there to combat the COVID-19 public health pandemic. Pursuant to General Order 616, the defendant consents to his defense counsel signing deferred prosecution agreement on his behalf using an electronic signature.

/
/
/
/
/
/
/
/
/
/
/
/

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 25, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ TANYA B. SYED
TANYA B. SYED
Assistant United States Attorney

Dated: January 25, 2021

/s/ LINDA ALLISON
LINDA ALLISON
Counsel for Defendant
ALLEN HEIN

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 25th day of January, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3