HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org

Attorney for Defendant
ALLEN HEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN HEIN,<br><br>Defendant. | NO.  2:17-CR-0029-JAM<br><br>ORDER FOR RELEASE<br><br>JUDGE:    Hon. John A. Mendez |

The parties have entered into a Deferred Prosecution Agreement which has been signed and approved by the court. The parties agree that the defendant, Allan Hein, should be released under the supervision of pretrial services. The conditions of supervision are set forth in the attached Conditions of release. The defendant should be released forthwith.

IT IS SO ORDERED.

Dated: January 27 2021

_____
JOHN A. MENDEZ
United States District Court Judge

-1-

## AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Hein, Allen
No.: 2:17-CR-0029-JAM
Date: January 22, 2021

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;
3. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;
4. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;
5. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer; and,
6. You must report any contact with law enforcement to your pretrial services officer within 24 hours.