PHILLIP A. TALBERT
Acting United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>HEIN, ALLEN,<br><br>                    Defendant. | CASE NO. 2:17-CR-29-JAM<br><br>MOTION TO DISMISS INDICTMENT<br><br>COURT: Hon. John A. Mendez |
|---|---|

On January 22, 2021, the United States and the defendant entered into a deferred prosecution agreement, pursuant to which the United States moved to continue the matter and defer prosecution against the defendant for eighteen months provided that the defendant abided by all the conditions and requirements set forth in the agreement for that time period.  ECF 61.  In the past nine and half months, the defendant has performed favorably on pre-trial supervision and has abided by the conditions and requirements set forth in the agreement.  In the interests of justice, the United States hereby moves to dismiss the indictment in the above-captioned matter without prejudice.

Dated:  November 16, 2021                              PHILLIP A. TALBERT
                                                       Acting United States Attorney


                                                By:    /s/ TANYA B. SYED
                                                       TANYA B. SYED
                                                       Assistant United States Attorney