PHILLIP A. TALBERT
Acting United States Attorney
TANYA B. SYED
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00029-JAM |
|---|---|
| Plaintiff, | ORDER TO DISMISS INDICTMENT |
| v. | COURT: Hon. John A. Mendez |
| ALLEN HEIN, | |
| Defendant. | |

For the reasons stated in the United States' motion to dismiss (ECF 65), the indictment (ECF 1) and the superseding indictment (ECF 42) in the above-captioned matter are dismissed without prejudice.

Dated: November 16, 2021            /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE